IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:05-cr-00028-MR-WCM
CRIMINAL CASE NO. 1:22-cr-00031-MR-WCM
CRIMINAL CASE NO. 1:22-cr-00032-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | O R D E R |
| CHRISTOPHER LOWELL SIMPSON, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

Condition 24 of the Judgment [1:05-cr-28, Doc. 45; 1:22-cr-31, Doc. 11; 1:22-cr-32, Doc. 11], in this matter is hereby modified, with the consent of the Defendant, to read as follows:

> The Defendant having volunteered to enroll in the in-patient treatment program at First Step Farm, and having been accepted for such program, the Defendant shall report there to begin such program on or before January 17, 2023, and the Defendant shall successfully complete such program of duration of at least ten (10) months.

**IT IS, THEREFORE, ORDERED** that the Defendant's Condition 24 of the Judgment [1:05-cr-28, Doc. 45; 1:22-cr-31, Doc. 11; 1:22-cr-32, Doc. 11], is hereby **MODIFIED** as described above.

**IT IS SO ORDERED.**

_____
**Christopher Lowell Simpson, Defendant**

_____
**Counsel for Defendant**

Signed: January 13, 2023

Martin Reidinger
Chief United States District Judge